UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0090 (PLF) |
| | ) | |
| NATHANIEL J. DEGRAVE, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER

The defendant in this case, Nathaniel J. DeGrave, and the defendant in Criminal No. 21-0088, Ronald L. Sandlin, are charged with engaging in concerted activity as described by the government and the same video evidence is relevant to both proceedings. For whatever reason, the government chose not to charge them in the same indictment so that these two defendants would be before the same judge. In view of that fact and of the asserted relative culpability of these two defendants, the Court thinks it appropriate for a decision on pretrial detention with respect to Mr. Sandlin to be rendered prior to a decision with respect to Mr. DeGrave. The Court therefore will vacate the detention hearing currently set for April 2, 2021 at 10:00 a.m. and will reschedule the hearing as soon as practicable following a ruling by Judge Friedrich concerning pretrial detention of Mr. Sandlin in Criminal No. 21-0088.

For the reasons described herein, it is in the interests of justice to continue to toll the running of the Speedy Trial Act for a reasonable time until the detention hearing is rescheduled. 18 U.S.C. § 3161(h)(7)(A). In addition, this period of time is properly excluded under the Speedy Trial Act as the time from the filing of a pretrial motion through the conclusion of the hearing on such motion. 18 U.S.C. § 3161(h)(1)(D). It therefore is hereby

ORDERED that the detention hearing previously scheduled for April 2, 2021 at 10:00 a.m. is VACATED; it is

FURTHER ORDERED that a new date for the detention hearing in this case will be set after Judge Friedrich rules on Mr. Sandlin's Motion to Lift Preventive Detention in Criminal No. 21-0088; and it is

FURTHER ORDERED that in the interests of justice and because a pretrial motion is pending, the time from April 2, 2021 through and including the date of the rescheduled detention hearing is excluded from the Speedy Trial Act computation.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   April 1, 2021